**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 2:13mj00354-AC

Terrance Cruz II

ORDER TO PAY

**FILED**
OCT 9 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SOCIAL SECURITY #: _____
DATE OF BIRTH: __-/__/1976
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
CITY      STATE      ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: _____

_____
DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 425.00 and a penalty assessment of $ 10.00 for a TOTAL AMOUNT OF: $ 435.00 within 6 days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
   completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

CENTRAL VIOLATIONS BUREAU
PO BOX 70939
CHARLOTTE, NC 28272-0939

CLERK, USDC
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

CLERK, USDC
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 10/9/2014

/s/ Valerie K. Callen
U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET

EDCA-3